# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRICK JEROME ALLEN, JR.

NO. 2025 KW 1093

**MAY 7, 2026**

---

In Re:    Derrick Jerome Allen, Jr., applying for rehearing, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          06-04-0828.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **REQUEST FOR REHEARING NOT CONSIDERED.** An application for
rehearing will not be considered if this court denied the original
writ application. See Uniform Rules of Louisiana Courts of
Appeal, Rules 2-18.1 & 2-18.7. The applicant may file a
supervisory writ application seeking review of the district
court's September 26, 2025, ruling denying the motion to correct
an illegal sentence with this court without the necessity of
obtaining a return date.

**HG**
**TPS**

   **McClendon, C.J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT